**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:22-cv-20587

TERESA LITES, individually
and on behalf of all others
similarly situated,

      Plaintiff,

AMAZON.COM SERVICES, LLC,

      Defendant.

_____/

**<u>NOTICE OF SETTLEMENT</u>**

Pursuant to Local Rule 16.4, the Parties hereby notify the Court they have reached a settlement in principle and are in the process of memorializing the finer terms of settlement in a written document.  The Parties respectfully request the Court cancel all deadlines and stay remaining proceedings.

DATED:  July 11, 2023.

Respectfully submitted,

**MORGAN & MORGAN**
*/s/Marc R. Edelman*
Marc R. Edelman, Esq.
Florida Bar No. 0096342
201 N. Franklin St., Ste. 700
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 257-0572
MEdelman@forthepeople.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2023, I electronically filed the foregoing

with the Court's CM/ECF system, and that a true and correct copy of the foregoing

was sent via electronic mail to the following:


Richard C. McCrea, Jr., Esq.
mccrear@gtlaw.com
Greenberg Traurig, P.A.
101 East Kennedy Boulevard
Suite 1900
Tampa, Florida 33602

Edward J. Meehan, Esq.
emeehan@groom.com
Mark C. Nielsen, Esq.
mnielsen@groom.com
Paul J. Rinefierd, Esq.
prinefierd@groom.com
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Suite 1200
Washington, D.C. 20006
*Attorneys for Defendant*


                            */s/Marc R. Edelman, Esq.*
                            Marc R. Edelman, Esq.