# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Case No.: 1:22-cv-20587

TERESA LITES, individually
and on behalf of all others
similarly situated,

    Plaintiff,

AMAZON.COM SERVICES, LLC,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff, Teresa Lites, and Defendant, Amazon.com Services LLC, by and through undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed, with prejudice.

Dated August 9, 2023

| | |
|---|---|
| */s/ Marc R. Edelman* | */s/ Edward J. Meehan* |
| Marc R. Edelman | Edward J. Meehan (*pro hac vice*) |
| Fla. Bar No.: 0096342 | Mark C. Nielsen (*pro hac vice*) |
| MORGAN & MORGAN, P.A. | Paul J. Rinefierd (*pro hac vice*) |
| 201 N. Franklin Street, Suite 700 | GROOM LAW GROUP CHARTERED |
| Tampa, FL 33602 | 1701 Pennsylvania Avenue NW, Suite 1200 |
| Telephone: 813-223-5505 | Washington, D.C. 20006 |
| Facsimile: 813-257-0572 | Telephone: 202-857-0620 |

<table>
<tr><td>

MEdelman@forthepeople.com

*Attorney for Plaintiff*

</td><td>

Facsimile: 202-659-4503
emeehan@groom.com
mnielsen@groom.com
prinefierd@groom.com


*/s/ Richard C. McCrea*
Richard C. McCrea, Jr.
Florida Bar No. 3351539
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard
Suite 1900
Tampa, Florida 33602
Telephone: 813 318-5700
Facsimile: 813 318-5900
mccrear@gtlaw.com

*Attorneys for Defendant*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2023, I filed the foregoing by using the ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Marc R. Edelman*
Marc R. Edelman